IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WRR INDUSTRIES,<br>*Plaintiff*, | § § § | |
| v. | § § | |
| PROLOGIS, a Real Estate Investment Trust Company,<br>*Defendant*, | § § § § | CIVIL ACTION NO. 3-04-CV-2544-L |
| HBP-AERODYNE, LLC,<br>*Intervenor Defendant* | § § § § | |
| And | § § | |
| AERODYNE CORPORATION,<br>*Defendant*. | § § § | |

**JOINT MOTION OF WRR INDUSTRIES, INC. AND**
**PROLOGIS TO DISMISS WITH PREJUDICE**

TO THE HONORABLE SAM LINDSAY, UNITED STATES DISTRICT JUDGE:

ProLogis and WRR Industries, Inc. ("WRR") file this Joint Motion Dismiss and respectfully show:

The parties have comprised and settled the disputes between them and have entered into a written settlement agreement.

The parties desire to dismiss this suit with prejudice only as to their claims against one another without affecting WRR's claims or defenses against HBP-Aerodyne, LLC, or Aerodyne Corporation, or HBP-Aerodyne, LLC's claims or defenses against WRR.

ProLogis stipulates to such dismissal with prejudice of its claims against WRR. WRR stipulates to such dismissal with prejudice of its claims against ProLogis.

ProLogis also relinquishes any claim by ProLogis to any bond monies on deposit with the Court.

**WHEREFORE**, ProLogis and WRR request that the Court render an order dismissing WRR's claims against ProLogis with prejudice to refile and dismissing ProLogis's claims against WRR with prejudice to refile. The parties request that the Court sever these claims from the remainder of the case so that the order only as to ProLogis's and WRR's claims and defenses will become final. ProLogis and WRR request such other relief to which they may show themselves entitled.

        Respectfully submitted,

        **McGINNIS, LOCHRIDGE & KILGORE, L.L.P.**
        Brian S. Engel
        1300 Capitol Center
        919 Congress Avenue
        Austin, Texas 78701
        (512) 495-6000
        (512) 495-6093 FAX
        bengel@mcginnislaw.com

        By: /s Brian S. Engel_____
           Brian S. Engel
           State Bar No. 00729279

        **ATTORNEYS FOR DEFENDANT PROLOGIS**

        **SHORE CHAN BRAGALONE, LLP**
        Jeffrey R. Bragalone
        325 N. St. Paul Street, Suite 4450
        Dallas, Texas 75201
        (214) 593-9100
        (214) 593-9111 FAX
        jbragalone@shorechan.com

        By: /s Jeffrey R. Bragalone_____
           Jeffrey R. Bragalone
           State Bar No. 02855775

And

Mark D. Murphy, KS#13129
**THE MURPHY LAW FIRM, P.A.**
6710 West 121st Street
Overland Park, Kansas 66209-2002
(913) 851-8484
Fax (913) 851-3737
mmurphy@murphy-lawfirm.com

**ATTORNEYS FOR PLAINTIFF WRR INDUSTRIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2006, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Craig W. Weinlein, Esq.,
John Torkelson, Esq.
Carrington Coleman Sloman & Blumenthal
901 Main Street, Suite 5500
Dallas, Texas 75202

/s Brian S. Engel
Brian S. Engel